UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY CONSERVATION FOUNDATION, | : : : |
| Plaintiff, | : Civ. Action No. 17-11991(FLW) : |
| v. | : : |
| FEDERAL ENERGY REGULATORY COMMISSION, *et al.*, | : **ORDER** : : |
| Defendants. | : : |

**THIS MATTER** having been opened to the Court by Susanna Y. Chu, Esq., counsel for defendants Federal Energy Regulatory Commission, Neil Chatterjee, Cheryl Lafleur and Robert Powelson (collectively, "Defendants"), on a motion to dismiss for lack of subject matter jurisdiction; it appearing that Plaintiff New Jersey Conservation Foundation ("Plaintiff"), through its counsel, Susan J. Kraham, Esq., opposes the motion; the Court having considered the parties' submissions in connection with the motion pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 29th day of October, 2018,

**ORDERED** that Defendants' motion to dismiss [dkt 7] is **GRANTED**; it is further

**ORDERED** that PennEast Pipeline Company LLC's motion to intervene [dkt 10] is **DENIED** as **MOOT**; it is further

2

      **ORDERED** that the Clerk's Office is directed to close this case.

                                                    <u>/s/ Freda L. Wolfson</u>
                                                    Hon. Freda L. Wolfson
                                                    U.S. District Judge